AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| CHRISTEN JOHNSON </br></br> *Plaintiff(s)* </br> v. </br> MYRON JACKSON, in his individual capacity </br> and </br> JASON BRISCOE, in his individual capacity </br></br> *Defendant(s)* | Civil Action No. 3:25-cv-33 GFVT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JASON BRISCOE
1250 Louisville Road Frankfort, Kentucky 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patrick Brennan
Eric Branco
Johnson Branco & Brennan, LLP
326 W. Main Street
Frankfort, KY 40601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/25/25                         _____ CBD
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jason Briscoe
was received by me on *(date)* June 25, 2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Attorney for Defendant Briscoe, Hon. Shawna Kincer, consented to service of process via email on June 30, 2025. Summons and Complaint sent the same day to Ms. Kincer via email.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 3, 2025

*Server's signature*

W. Eric Branco, Attorney for Plaintiff
*Printed name and title*

326 West Main Street, Frankfort, Kentucky 40601
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

CHRISTEN JOHNSON )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:25-cv-33 GFVT
MYRON JACKSON, in his individual capacity )
and )
JASON BRISCOE, in his individual capacity )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MYRON JACKSON
1250 Louisville Road Frankfort, Kentucky 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Patrick Brennan
Eric Branco
Johnson Branco & Brennan, LLP
326 W. Main Street
Frankfort, KY 40601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/25/25                                                                                                CBD
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Myron Jackson
was received by me on *(date)* June 25, 2025 .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Attorney for Defendant Jackson, Hon. Shawna Kincer, consented to service of process via email on June 30, 2025. Summons and Complaint sent the same day to Ms. Kincer via email.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 3, 2025

*Server's signature*

W. Eric Branco, Attorney for Plaintiff
*Printed name and title*

326 West Main Street, Frankfort, Kentucky 40601
*Server's address*

Additional information regarding attempted service, etc: